**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**SAMMIE BROWN**                                                                                          **PLAINTIFF**

**V.**                          **4:08CV01790 SWW-JTR**

**KARL BYRD, Sheriff,**
**Faulkner County, et al.**                                                                               **DEFENDANTS**

_____

**CARTUS HAWKINS**                                                                                        **PLAINTIFF**

**V.**                          **4:08CV01791 WRW-BD**

**KARL BYRD, et al.**                                                                                     **DEFENDANTS**

_____

**SAM EDWARD THURMOND, SR.**                                                                              **PLAINTIFF**

**V.**                          **4:08CV01792-BD**

**KARL BYRD, et al.**                                                                                     **DEFENDANTS**

_____

**MICHAEL BURNS**                                                                                         **PLAINTIFF**

**V.**                          **4:08CV01836 JLH-HDY**

**KARL BYRD, et al.**                                                                                     **DEFENDANTS**

**<u>ORDER</u>**

The four referenced cases all involve allegations of unconstitutional conditions of

confinement at the Faulkner County Detention Facility ("FCDF") during the summer of

2008. All Defendants are current or former FCDF employees. Many of the Defendants are sued in two or more of the cases.

All Defendants in the four cases have moved for a joint mediation before a United States Magistrate Judge. (Docket entries: *Brown*, #93 ; *Hawkins*, #97; *Thurmond* # 147; *Burns,* #49) For good cause, the motion for mediation [doc.#93] in *Brown v. Byrd*, No. 4:08cv1790 SWW/JTR, is hereby granted, plaintiff Sammie Brown having consented to mediation [doc.#95]. Plaintiff Sammie Brown's case (No. 4:08cv1790 SWW/JTR) is referred to United States Magistrate Judge Jerry Cavaneau for settlement.

JoAnn C. Maxey, Esquire, Williams & Anderson, PLC, has previously been appointed to represent Mr. Hawkins. Ms. Maxey is hereby appointed to represent plaintiff Sammie Brown for purposes of settlement only. In the event *Hawkins v. Byrd* does not settle, Ms. Maxey will continue to represent Mr. Hawkins at trial.

IT IS SO ORDERED, this 22nd day of May, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE