**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

SAMMIE BROWN
ADC #142589                                                                                                  PLAINTIFF

V.                                      4:08CV01790 SWW/JTR

KARL BYRD, Sheriff,
Faulkner County, et al.                                                                                DEFENDANTS

## ORDER OF DISMISSAL

The parties have reached a full and complete settlement. Accordingly, this case is DISMISSED, WITH PREJUDICE. The Court retains complete jurisdiction for thirty days to vacate this Order of Dismissal and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED THIS *26th* day of June, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE